## United States District Court
### District of New Jersey

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | Case Number: 14-5064 (TJB) |
| THEODORE SANTAGUIDA | |

To:     The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___THEODORE SANTAGUIDA___
**and bring him forthwith to the nearest magistrate to answer a**

___ Indictment  ___ Information  _X_ Complaint  ___Order of court  ___Violation Notice
Probation Violation Petition

charging him with possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1).

| | |
|---|---|
| Hon. Tonianne J. Bongiovanni | United States Magistrate Judge |
| **Name of Issuing Officer** | **Title of Issuing Officer** |
| [signature] | December 23, 2014 at Trenton, New Jersey |
| **Signature of Issuing Officer** | **Date and Location** |

Bail fixed at $ _____ by _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Marriot Hotel, Market St., Philadelphia, PA | | |
| Date Received 12/23/14  Date of Arrest 12/28/14 | Name and Title of Arresting Officer  SA Ronald J Duce | Signature of Arresting Officer  [signature] |