RECEIVED

PS 8
(12/04)

MAR 1 0 2015

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

AT 8:30_____M
WILLIAM T. WALSH
CLERK

U.S.A. vs. **Theodore Santaguida**                                    Docket No. **14-5064**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Laurie Nadler** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Theodore Santaguida**, who was placed under pretrial release supervision by the **Honorable Tonianne Bongiovanni** sitting in the Court at Trenton, New Jersey on December 31, 2014, under the following conditions:

$100,000 bond secured by equity in property located at 112 Skyline Drive, Brick, New Jersey and cosigned by his mother, Michele Santaguida
-Mother Michele Santaguida appointed third party custodian
-Report to Pretrial Services as directed
-Travel restricted to New Jersey unless approved by Pretrial Services
-Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents
-Drug testing/treatment as directed by Pretrial Services. Refrain from obstructing or tampering with substance abuse testing procedures/equipment
-Mental health treatment as directed by Pretrial Services
-Home Detention with Location Monitoring
-Defendant is to transfer all but $5,000 of his funds to a third party by January 9, 2015

      Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S FUNDS AT WELLS FARGO BANK BE TRANSFERRED TO HIS MOTHER MICHELE SANTAGUIDA

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Considered and ordered this ___9___ day of __March__, _15_ and ordered filed and made a part of the records in the above case.

_____
Honorable Tonianne Bongiovanni
U.S. Magistrate Judge

Executed on ___3/9/15___

_____
Laurie Nadler
U.S. Pretrial Services Officer