UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. TONIANNE J. BONGIOVANNI, U.S.M.J. |
|  | : | CRIMINAL NO.: 14-5064 |
| Plaintiff, | : |  |
|  | : | Criminal Action |
| vs. | : |  |
|  | : | **CERTIFICATION OF** |
| THEODORE SANTAGUIDA | : | **THEODORE SANTAGUIDA** |
|  | : |  |
| Defendant | : |  |

Theodore Santaguida, of full age, makes the following certification:

1. I am the defendant in this matter and make this Certification in support of a Motion to Amend the conditions of my pretrial release.

2. On December 31, 2014, an Order Setting Conditions of Release was entered by the Court. In part, it required me to transfer all but $5,000 of my funds to a third party, which I have done.

3. Since the entry of the Order, I have spent $ 4,430.00 of my allotted funds, specifically by incurring the following expenses:

    - $ 2,270.00 in rent for my former apartment;
    - $ 1,464.00 for my monthly car payments;
    - $ 574.00 for car insurance;
    - $ 122.00 for life insurance;

4. In order to continue to meet my financial obligations, I am requesting release of another $5,000 of my funds from my mother who is the third party custodian of my funds. I will

need the monies to continue to pay my car payments, car insurance, life insurance, storage fees and mobile phone.

5. Additionally, pursuant to the Order Setting Conditions of Release, I was placed in home incarceration with electronic monitoring and restricted to my residence.

6. I participated in an inpatient drug rehabilitation program and was medically discharged.

7. I currently have intensive outpatient treatment with Preferred Behavioral Health three nights a week from 6:00 p.m. to 9:00 p.m. in Lakewood, New Jersey. I attend daily AA meetings at various locations: Sunday in Avon-By-The-Sea from 11:00 a.m. to 12:00 p.m., Monday at the Shorolan Club from 12:00 p.m. to 1:00 p.m., Tuesday at Steps by the Book in Colts Neck from 7:30 p.m. to 8:30 p.m., Wednesday at St. Mary's in Point Pleasant from 1:00 p.m. to 2:00 p.m., Thursday at an NA meeting from 12:00 p.m. to 1:30 p.m., Friday at the Salvation Army from 8:00 p.m. to 9:00 p.m. and Saturday at Point Pleasant Big Book from 8:00 p.m. to 9:00 p.m.

8. I am unable to leave home for any other purpose and would ask to be released on curfew. I would like more free time to find a job, go for fellowships or coffee after meetings or just have some free time to myself. I believe Pretrial Services will indicate that I have been compliant with the terms of my pretrial release to date.

## CERTIFICATION

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 5/4/15

Theodore Santaguida