RECEIVED

MAY 26 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Honorable Tonianne J. Bongiovanni |
|---|---|
| v. | Mag. No. 14-5064 |
| THEODORE SANTAGUIDA | **BAIL MODIFICATION ORDER** |

This matter having been opened to the Court by the filing of a Petition for Action on Conditions of Pretrial Release on May 11, 2015 by United States Pretrial Services (Molly S. Lorber, Assistant U.S. Attorney, appearing), seeking that a bail review hearing be held; and by the filing of a Notice of Motion to Amend Conditions of Release on May 4, 2015 by defendant Theodore Santaguida (Scott A. Krasny, Esq., appearing); the Court having held a hearing on May 21, 2015; and the Court having heard the arguments of counsel at that hearing; and for the reasons stated on the record on May 21, 2015; and for good cause shown:

IT IS, therefore, on this 26 day of May, 2015,

ORDERED that defendant's oral motion to amend the conditions of pretrial release, in conformance with the Notice filed May 4, 2015, is hereby GRANTED in part and DENIED in part; and it is further

ORDERED that this Court's Order of December 31, 2014 setting conditions of pretrial release is to be modified as follows:

   a. Third party custodian Michelle Santaguida may immediately release to defendant $1,500 of the defendant's funds entrusted to her care for the paying of the living expenses listed in defendant's Notice of May 4, 2015;

   b. Future releases of funds, as deemed appropriate by Pretrial Services, and with the consent of Pretrial Services, are permissible;

1

c. Defendant is to be placed on GPS monitoring;

d. Nothing in either this Order or the Court's Order of December 31, 2014 shall be construed as preventing defendant from seeking employment, and defendant may attend job interviews on a case by case basis as deemed appropriate by Pretrial Services; and it is further

ORDERED that all other conditions imposed in this Court's Order of December 31, 2014 shall remain in full force and effect.

_____
HONORABLE TONIANNE J. BONGIOVANNI
United States Magistrate Judge