# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**　　　　　　　　　　　　　　　　**September 14, 2015**
**MAGISTRATE JUDGE: ARPERT**　　　　　　　　　　**DATE OF PROCEEDINGS**
**ESR: Mark J. Morelli**

**TITLE OF CASE**:　　　　　　　　　　　　　　　　MJ-14-5064 (TJB)

UNITED STATES OF AMERICA,
　　V.
THEODORE SANTAGUIDA

**APPEARANCES:**

James Brendan Day, AUSA for Government
Scott Krasny, Esq. for Defendant
Daniel Milne, Pretrial Services

**NATURE OF PROCEEDING:　　BAIL HEARING**

Hearing held regarding [24] Petition for Action on Conditions of Pretrial Release.
All parties consent to detention.
Order of Detention to be entered.
Ordered defendant remanded to the custody of the US Marshals.

TIME COMMENCED:　　2:10pm
TIME ADJOURNED:　　2:15pm　　　　　　　　　　s/ Mark Morelli
TOTAL TIME: 5 MINUTES　　　　　　　　　　　　　Deputy Clerk