RECEIVED
SEP 1 4 2015
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
|---|---|
| v. | Mag. No. 14-5064 |
| THEODORE SANTAGUIDA | **DETENTION ORDER** |

This matter having come before the Court upon the motion of Paul J. Fishman, United States Attorney for the District of New Jersey (by J. Brendan Day, Assistant United States Attorney) pursuant to Title 18, United States Code, Section 3148(b) for an order revoking defendant Santaguida's pretrial release because he has violated conditions of his release and presents a risk of flight; and the Court, having considered the submissions and having weighed the considerations set forth in Title 18, United States Code, Section 3142(c) concerning the release or detention of a defendant pending trial; and the defendant having consented to detention pending trial; and for the reasons stated on the record, and for good cause shown:

IT IS, therefore, on this 14th day of September, 2015,

ORDERED, pursuant to Title 18, United States Code, Section 3148(b), that the Defendant's bail be revoked, and that he be committed to the custody of the Attorney General or his authorized representative pending trial in the above-captioned matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations

with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge