2014R00972/MSL

**RECEIVED**

**NOV - 4 2015**

Chambers of
Mary L. Cooper, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Criminal No. 15-571(CMCC)
                             :
    v.                       :
                             :     21 U.S.C. §§ 841(a)(1) &
                             :     (b)(1)(c)
                             :
THEODORE SANTAGUIDA          :     INFORMATION

        The defendant having waived in open court prosecution

by indictment, the United States Attorney for the District of

New Jersey charges:

        On or about December 23, 2014, in Monmouth County, in

the District of New Jersey, and elsewhere, defendant

                    THEODORE SANTAGUIDA

did knowingly and intentionally distribute and possess with

intent to distribute a quantity of methamphetamine, a Schedule

II controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1) & (b)(1)(C).


                                    PAUL J. FISHMAN
                                    United States Attorney

1

CASE NUMBER: _____

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

### v.

## THEODORE SANTAGUIDA

# INFORMATION FOR

21 U.S.C. §§ 841(a)(1) & (b)(1)(C)

**PAUL J. FISHMAN**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

MOLLY S. LORBER
*ASSISTANT U.S. ATTORNEY*
*(609) 989-2190*