**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**TRENTON**                                    **April 1, 2016**
**OFFICE**                                     **DATE OF PROCEEDINGS**

**JUDGE MARY L. COOPER**
**COURT REPORTER: Regina Tell**

**Title of Case:**
UNITED STATES OF AMERICA                    CR15-571-01(MLC)
vs.
THEODORE SANTAGUIDA,
       DEFENDANT PRESENT

**Appearances:**
Molly Lorber, AUSA, for government
Scott Krasny, Esq., for defendant
Richard Lee, Probation Officer

**Nature of Proceedings:**

SENTENCING ON Count 1 of Information.
Imprisonment: 87 months, with credit for time served on this offense.
Supervised Release: 3 years, with special conditions.
Fine: waived.
Special Assessment: $100.
Defendant advised of right to appeal.
Ordered detention continued.

**Time Commenced: 11:30am**
**Time Adjourned: 12:10pm**
**Total Time: 50 minutes**

                              s/*Elizabeth Beres*
                              **DEPUTY CLERK**